AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

FILED
2:46 pm Oct 01 2026
Clerk U.S. District Court
Northern District of Ohio
Cleveland

United States of America
v.

Arshed T. Zuberi

*Defendant(s)*

Case No. 1:26-mj-3192-RJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2024, in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611(a) | Voting by Aliens |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael J. Thomas, Special Agent, HSI

*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 10/1/26

City and state: Cleveland, Ohio

Reuben J. Sheperd, United States Magistrate Judge